IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CV-00493-M

| | |
|---|---|
| CHRISTOPHER JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the Plaintiff's Motion for Judgment on the Pleadings [DE 21] and Defendant's Consent Motion for Reversal and Remand [DE 25]. Defendant asserts that "[r]emand for further proceedings is the proper action in any case that requires further fact finding" and "further fact finding and analysis is required and remand is appropriate" in this case. Plaintiff, through counsel, consents to Defendant's motion.

For good cause shown, Defendant's motion is GRANTED. The court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings consistent with this order. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) ("The fourth sentence of § 405(g) authorizes a court to enter 'a judgment affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing.'"). In light of this order, Plaintiff's motion is DENIED AS MOOT.

The Clerk of the Court shall enter a judgment pursuant to Rule 58 of the Federal Rules of

Civil Procedure and close this case.

SO ORDERED this  19th  day of September, 2021.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE